IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAVEN DAMIEN MEADER BURKHOW, <br><br> Defendant. | No. 19-CR-00059 <br><br> **INDICTMENT** <br><br> Counts 1-5 <br> 21 U.S.C. § 841(a)(1): Distribution of a Controlled Substance <br><br> Count 6 <br> 18 U.S.C. § 922(g)(3): Possession of a Firearm by a Drug User <br><br> Count 7 <br> 26 U.S.C. § 5861(d): Transfer of Firearm in Violation of National Firearms Act <br><br> Forfeiture |

The Grand Jury charges:

## Count 1

### Distribution of a Controlled Substance

On or about March 12, 2019, in the Northern District of Iowa, defendant RAVEN DAMIEN MEADER BURKHOW did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, to another person.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

## Count 2

### Distribution of a Controlled Substance

On or about March 14, 2019, in the Northern District of Iowa, defendant RAVEN DAMIEN MEADER BURKHOW did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, to another person.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 3

### Distribution of a Controlled Substance

On or about April 1, 2019, in the Northern District of Iowa, defendant RAVEN DAMIEN MEADER BURKHOW did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, to another person.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 4

### Distribution of a Controlled Substance

On or about April 15, 2019, in the Northern District of Iowa, defendant RAVEN DAMIEN MEADER BURKHOW did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, to another person.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 5

### Distribution of a Controlled Substance

On or about April 29, 2019, in the Northern District of Iowa, defendant RAVEN DAMIEN MEADER BURKHOW did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, to another person.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 6

### Possession of Firearms by a Drug User

On or about April 29, 2019, in the Northern District of Iowa, defendant RAVEN DAMIEN MEADER BURKHOW, possessed firearms while being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, and did so knowingly.

Defendant possessed, in and affecting commerce, the following firearms:

(1) Charter Arms Undercover, .38 Spl. caliber revolver;

(2) Sig Sauer P320, 9mm Luger caliber pistol;

(3) Kahr Arms CW45, .45 ACP caliber pistol;

(4) Sig Sauer P365, 9mm Luger caliber pistol;

(5) Glock Unknown Model, 9x19mm caliber pistol;

(6) Remington 870 Tac-14 Hardwood, 12 gauge firearm;

(7) PW Arms Izhevsk Mosin-Nagant M91/30, 7.62x54R caliber rifle;

(8) Mossberg 930, 12 gauge shotgun;

(9) Palmetto State Armory, Multi caliber rifle lower;

(10) IWI Galil Ace SAR, 7.62x39mm caliber rifle;

(11) FN Herstal SCAR 17S, 7.62x51mm caliber rifle;

(12) Kel-Tec Sub-2000, 9x19mm caliber rifle;

(13) Ruger SR22, .22LR caliber pistol;

(14) Smith & Wesson M&P 15, 5.56mm caliber rifle;

(15) RPB Industries SAP M10, .45 Auto caliber pistol;

(16) Armscor Precision Rock Island Armory M1911-A1-FS, .45 ACP caliber pistol; and

(17) Savage Arms Ranger, 12 gauge weapon made from a shotgun.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Count 7

**Transfer of Firearm in Violation of National Firearms Act**

On or about March 14, 2019, in the Northern District of Iowa, defendant, RAVEN DAMIEN MEADER BURKHOW, knowingly transferred a firearm, namely a silencer, to another person, that was not registered in the National Firearms Registration and Transfer Record.

This was in violation of Title 26, United States Code, Sections 5812, 5841, 5845, 5861(e) and 5871.

4

## Forfeiture Allegations

By virtue of having committed the acts specified in Count 6 of this Indictment, defendant RAVEN DAMIEN MEADER BURKHOW shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2), including but not limited to the firearms listed in Count 6.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

By virtue of having committed the acts specified in Count 7 of this Indictment, defendant RAVEN DAMIEN MEADER BURKHOW shall forfeit to the United States any firearm (not ammunition) involved in the violation of Title 26, United States Code, Section 5861, including but not limited to the firearm listed in Count 7.

This is pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

s/ Foreperson
_____   May 23, 2019
Grand Jury Foreperson        Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 5/23/2019
ROBERT L. PHELPS, CLERK

PETER E. DEEGAN, JR.
United States Attorney

By: _____
KYNDRA LUNDQUIST
Assistant United States Attorney