



Exhibit 1, Page 47







Exhibit 1, Page 50











Exhibit 1, Page 55



Exhibit 1, Page 56



